

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-5-2008

# Yulianti v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-4807

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Yulianti v. Atty Gen USA" (2008). *2008 Decisions.* Paper 259.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/259

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

––––––––

No. 07-4807

––––––––

FNU YULIANTI,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
Respondent

––––––––

SUR PETITION FOR PANEL REHEARING

Present:     SLOVITER, STAPLETON, and COWEN, Circuit Judges

The Joint Petition for Panel Rehearing filed by Petitioner and Respondent in the

above-entitled case having been submitted to the judges who participated in the decision

of this court, the petition for panel rehearing is granted.

By the Court,

/s/  Dolores K. Sloviter
Circuit Judge

Dated: November 5, 2008
CRG/cc: Joseph C. Hohenstein, Esq.
         Richard M. Evans, Esq.
         Nancy E. Friedman, Esq.